**T. B. Wood, appellant, v. F. Johnson & Company, appellee. Gen. No. 23,859.**
Decree granting in part injunction prayed in complainant's bill. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded, certificate of evidence having been stricken and decree containing no statement of facts, and appellee also assigning cross errors seeking reversal. Opinion filed October 15, 1918.
Kwasigroch & Pederson, for appellant. J. S. Dudley, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

---

**James Peterson, appellee, v. Iris Theatre Company, appellant. Gen. No. 23,871.**
Action on notes. Judgment for plaintiff in absence of defendant and his witnesses on denial of continuance after amendment of statement of claim. Appeal from the Municipal Court of Chicago; the Hon. Rufus F. Robinson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.
Claude R. Church and Wallace E. Shirra, for appellant. No appearance for appellee.
Mr. Justice Matchett delivered the opinion of the court.

---

**Ida Ross, appellee, v. Chicago Railways Company, appellant. Gen. No. 23,908.**
Action to recover for personal injuries sustained in a collision between a street car and an automobile in which plaintiff was riding. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles H. Bowles, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 15, 1918.
T. J. Symmes and Watson J. Ferry, for appellant; W. W. Gurley and J. R. Guilliams, of counsel. George E. Gorman and John E. Crahen, for appellee.
Mr. Justice Matchett delivered the opinion of the court.